Donald H. Smith et al., Respondents, v Ohio Food

SYSTEMS, INC., et al., Defendants, and STANLEY MYERS et al., Appellants.—Order unanimously affirmed with costs for reasons stated at Supreme Court, Niagara County, Fallon, J. (Appeal from order of Supreme Court, Niagara County, Fallon, J.—dismiss complaint.) Present—Callahan, J. P., Doerr, Boomer, Green and Davis, JJ.